UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUSTIN GIBSON | CIVIL ACTION NO.: 2:22-CV-00082 |
| versus | SECTION T  \|  DIVISION 1 |
| MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC, MARQUETTE TRANSPORTATION COMPANY, LLC AND ARCHER DANIELS MIDLAND COMPANY | JUDGE GUIDRY<br><br>MAGISTRATE VAN MEERVELD |

## CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant Archer Daniels Midland Company ("ADM") and submits this *Corporate Disclosure Statement* pursuant to Federal Rule of Civil Procedure 7.1. ADM certifies that it has no parent company or publicly held corporation owning 10% or more of its stock.

> Respectfully submitted:
>
> SALLEY, HITE, MERCER & RESOR, LLC
>
> */s/ Morgan E. Kelley*
> MARCELLE P. MOULEDOUX, T.A. (#30339)
> MORGAN E. KELLEY (#38299)
> DAVID M. FLOTTE (#1364)
> KEVIN M. FREY (#35133)
> AUSTIN S. GLASCOE (#38236)
> 365 Canal Street, Suite 1710
> New Orleans, LA  70130
> Tel.:    (504) 566-8800
> Fax:    (504) 566-8828
> mmouledoux@shrmlaw.com
> mkelley@shrmlaw.com
> dflotte@shrmlaw.com
> kfrey@shrmlaw.com
> aglascoe@shrmlaw.com
>
> *Counsel for Defendant Archer Daniels Midland Company*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 16, 2022, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all persons electronically noticed.

           */s/ Morgan E. Kelley*
          MORGAN E. KELLEY