UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUSTIN GIBSON | CIVIL ACTION |
| -V- | NO. 2:22-cv-82 |
| MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC, MARQUETTE TRANSPORTATION COMPANY, LLC AND ARCHER DANIELS MIDLAND COMPANY | SECTION T |

FILED_____    _____
                                                                            DEPUTY CLERK

## JOINT STATUS REPORT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Justin Gibson, and Defendants, Marquette Transportation Company Gulf-Inland, LLC; Marquette Transportation Company, LLC; and Archer Daniels Midland Company and submit this Joint Status Report per *Rec. Doc. 21*.

**(1) A listing of all the parties and counsel who represent the parties:**

For The Plaintiff, Justin Gibson:

> GINO J. RENDEIRO (#14348) (T.A.)
> DAVID E. KAVANAGH (#2019)
> KAVANAGH & RENDEIRO
> 825 Baronne Street
> New Orleans, La.  70113
> (504) 529-5100 Phone
> (504) 529-3700 Fax
> grendeiro@krlawnola.com
> dkavanagh@krlawnola.com

1 | P a g e

      b)      For The Defendants, Marquette Transportation Company, LLC and Marquette Transportation Company Gulf-Inland, LLC, (collectively, "Marquette"):

> Evans Martin McLeod (Bar #24846)
> Magdalini Galitou (Bar #38473)
> Claire Zeringue (Bar #38950)
> Canal Place | 365 Canal Street, Suite 2000
> New Orleans, Louisiana 70130-6534
> Telephone: 504-566-1311
> Telecopier: 504-568-9130
> Email: mcleodm@phelps.com
> magdalini.galitou@phelps.com
> Claire.zeringue@phelps.com

      c)      For the Defendant, Archer-Daniels-Midland, Co. ("ADM"):

> Marcelle Mouledoux, T.A. (#30339)
> Morgan E. Kelley (#38299)
> David M. Flotte (#1364)
> Kevin M. Frey (#35133)
> 365 Canal Street, Suite 1710
> New Orleans, Louisiana 70130
> Tel.: (504) 566-8800
> Fax: (504) 566-8828
> mmouledoux@shmrlaw.com
> mkelley@shmrlaw.com
> dflotte@shmrlaw.com
> kfrey@shmrlaw.com

**(2) A listing of any motions pending for decision in the case, the date any motion was submitted for decision or is set for hearing, an indication of whether oral argument was previously or shall be requested on the motion, and an indication whether an evidentiary hearing shall be needed on the motion, such as in class certification proceedings:**

None pending at this time.

**(3) The dates and times of any status conference, pretrial conference and trial set in the case; a statement as to whether the case is jury or non-jury; and the number of expected trial days:**

A Final Pretrial Conference will be held on March 2, 2023, at 10:30 a.m., trial will commence March 27, 2023, at 9:30 a.m. with a jury. Trial is estimated to last 3 days.

**(4) A BRIEF description of the factual and legal issues underlying the dispute:**

a) Plaintiff, Justin Gibson:

This case involves the claims for personal injury damages of Justin Gibson. Mr. Gibson suffered permanent and disabling injuries on January 18, 2019, while he was a Jones Act employee of Marquette working as a mate on the push boat, identified as the M/V TAYLOR MARIE. Plaintiff's injuries were due to the negligence of the defendant, Marquette, the unseaworthiness of the push boat M/V TAYLOR MARIE and the defective, unsafe and/or unseaworthy condition of the ADM Crane Barge, HANK S.

b) Defendant, Marquette:

Plaintiff alleges injury when he fell on the barge HANK S owned and operated by American River Transportation Co., LLC. Marquette denies there was any negligence on its part or that the M/V TAYLOR MARIE was unseaworthy. Marquette has paid plaintiff maintenance and cure.

c) Defendant, ADM:

Plaintiff, Justin Gibson ("Plaintiff"), was a Marquette deckhand working aboard the towing vessel M/V TAYLOR MARIE on January 18, 2019. Marquette owned and operated the TAYLOR MARIE. The TAYLOR MARIE faced up to the crane barge HANK S, owned by ARTCO. Upon information and belief, Plaintiff fell after stepping from a kevel on the TAYLOR MARIE and onto the HANK S. Generally, issues remain as to Plaintiff's contributory negligence in failing to use proper means of egress from the TAYLOR MARIE onto the HANK S. ADM also disputes that its crane barge was unseaworthy or that it was negligent in any way.

Plaintiff alleges injuries to his right knee and underwent surgical repair of his patellar tendon in January 2019. He underwent a second, revisionary surgery to his right knee in September 2020. There are issues of causation, as Plaintiff sustained a second knee injury and was involved in a car accident after the slip-and-fall that is the subject of this lawsuit. ADM notes that discovery is ongoing, and issues of law and fact may arise that are not described herein. ADM reserves the right to contest any issues of law and fact that have arisen or may arise.

**(5) A listing of any discovery that remains to be done:**

The parties have exchanged written discovery. Plaintiff's deposition has been noticed for October 10, 2022, and the parties are currently setting depositions of various fact witnesses to occur around that time, as well. Expert discovery remains, and Plaintiff has yet to undergo an IME.

**(6) A description of the status of any settlement negotiations:**

None.

                        Respectfully submitted,

                        /s/ Gino J. Rendeiro
                        Gino J. Rendeiro (14348) T.A.
                        David E. Kavanagh (2019)
                        KAVANAGH & RENDEIRO
                        825 Baronne Street
                        New Orleans, LA 70113
                        T: (504) 529-5100
                        F: (504) 529-3700
                        grendeiro@krlawnola.com
                        dkavanagh@krlawnola.com
                        ATTORNEYS FOR PLAINTIFF
                        JUSTIN GIBSON

/s/ Evans Martin McLeod
Evans Martin McLeod, (Bar #24846)
Magdalini Galitou, (Bar #38473)
Claire M. Zeringue, Bar Roll No.: 38950
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email:	marty.mcleod@phelps.com
magdalini.galitou@phelps.com
claire.zeringue@phelps.com
ATTORNEYS FOR DEFENDANT MARQUETTE TRANSPORTATION COMPANY, LLC AND MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC


SALLEY HITE MERCER & RESOR, LLC

/s/ Morgan E. Kelley
MARCELLE MOULEDOUX, T.A. (#30339)
MORGAN E. KELLEY (#38299)
DAVID M. FLOTTE (#1364)
KEVIN M. FREY (#35133)
365 Canal Street, Suite 1710
New Orleans, Louisiana 70130
Tel.:  (504) 566-8800
Fax:  (504) 566-8828
mmouledoux@shmrlaw.com
mkelley@shmrlaw.com
dflotte@shmrlaw.com
kfrey@shmrlaw.com
Counsel for Defendant
Archer Daniels Midland Company